BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
HEATHER M. MOSS, DCBN 995773
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8826
    Fax: (415) 744-0134
    E-Mail: Heather.Moss@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACREMENTO DIVISION**

| | |
|---|---|
| JESSIE CACHU,<br><br>    Plaintiff<br><br>       v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant | No. 2:14-cv-01279-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

    The undersigned for the respective parties hereby stipulate, subject to the approval of the Court, that Defendant shall have an extension of time of 30 days, until December 26, 2014, to respond to Plaintiff's opening brief.  There is good cause for this request because counsel for the agency has two employment cases that are in active discovery, in additional to a robust caseload of district court program litigation cases.  More time is needed to responsibly address the evidence and issues raised.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 25, 2014         */s/ Kelsey Mackenzie Brown\**
                                            *as authorized via e-mail on November 25, 2014
                                            KELSEY MACKENZIE BROWN
                                            Attorney for Plaintiff

Dated: November 25, 2014         BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX,
                                            Social Security Administration

                                            */s/ Heather M. Moss*
                                            HEATHER M. MOSS
                                            Special Assistant U.S. Attorney
                                            Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  November 25, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec/cachu1279.stip.eot.ord.doc

2